UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. MORIARTY,<br><br>   Plaintiff,<br><br> v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>   Defendants. | Case No. 4:18-mc-80217-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. Nos. 5, 6 |

  PLEASE TAKE NOTICE that the chambers copy of Defendant American General Life Insurance Company's Declaration of Christopher Frost and Request for Judicial Notice were submitted in a format that is not usable by the court.

  The chambers copy is not usable because it

  [ ] consists of a stack of loose paper wrapped with a rubber band;

  [ ] consists of a stack of loose paper fastened with a binder clip or a paper clip;

  [ ] is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

  [x] has no tabs for the voluminous exhibits;

  [ ] includes exhibits that are illegible;

  [ ] includes exhibits that are unreadable because the print is too small;

  [ ] includes text and/or footnotes in a font smaller than 12 point;

  [ ] includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

  [ ] is not usable for another reason –

1
2   The paper used for the above-described chambers copies have been recycled by the court.
3   Defendant shall submit chambers copies in a format that is usable by the court no later than
4   **February 5, 2019**.
5   IT IS SO ORDERED.
6   Dated: January 31, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge